**Motion Granted; Vacated and Remanded and Memorandum Opinion filed September 13, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00552-CV

---

## EDMUNDO TIJERINA, JR. AND ROYAL CAR WASH, INC., Appellants

### V.

## PLAINSCAPITAL BANK, AS SUCCESSOR IN INTEREST TO FIRST NATIONAL BANK, Appellee

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2014-17386**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 15, 2016.

On August 5, 2016, the parties filed a joint motion for dismissal seeking to: (1) vacate the judgment of the 157th District Court of Harris County, Texas in Cause Number 2014-17386; (2) dismiss the claims of all parties with prejudice such that they take nothing by way of their claims; and (3) find that the parties

shall each bear their own costs and fees. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed April 15, 2016, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.